B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Machtemes, Althea M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3803** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**202 Miller**<br>**Beecher, IL**<br>ZIP Code **60401** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Machtemes, Althea M.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td><b>Exhibit B</b></td></tr>
<tr>
<td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)</td>
<td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).</td>
</tr>
<tr>
<td>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>X  /s/ Thomas W. Toolis</b>  <b>November  8, 2010</b><br>Signature of Attorney for Debtor(s)  (Date)<br><b>Thomas W. Toolis 6270743</b></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|   _____ <br>  (Name of landlord that obtained judgment) |
|   _____ <br>  (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Machtemes, Althea M.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Althea M. Machtemes**
Signature of Debtor  **Althea M. Machtemes**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**November 8, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Thomas W. Toolis**
Signature of Attorney for Debtor(s)

**Thomas W. Toolis 6270743**
Printed Name of Attorney for Debtor(s)

**Jahnke, Sullivan & Toolis, LLC**
Firm Name

**9031 West 151st Street
Suite 203
Orland Park, IL 60462**

Address

                    **Email: twt@jtlawllc.com**
**708-349-9333  Fax: 708-349-8333**
Telephone Number

**November 8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Althea M. Machtemes**                            Case No. _____

                                           Debtor(s)           Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Althea M. Machtemes**
_____
                        **Althea M. Machtemes**

Date:    **November  8, 2010**
_____

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Althea M. Machtemes**                                 Case No. _____

                                            Debtor(s)                 Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355** | **American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355** | **CreditCard** | | **69,430.00** |
| **Bank Of America Po Box 17054 Wilmington, DE 19850** | **Bank Of America Po Box 17054 Wilmington, DE 19850** | **CreditCard** | | **70,262.00** |
| **Bank of America P.O. Box 5170 Simi Valley, CA 93062-5170** | **Bank of America P.O. Box 5170 Simi Valley, CA 93062-5170** | **1148 West End Chicago Heights, IL** | | **159,000.00 (119,000.00 secured) (46,798.00 senior lien)** |
| **First Community Bank and Trust 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401** | **First Community Bank and Trust 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401** | **2047 183rd Homewood, IL** | | **145,000.00 (75,000.00 secured) (90,000.00 senior lien)** |
| **First Community Bank and Trust 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401** | **First Community Bank and Trust 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401** | **7310-14 King Drive Chicago, IL** | | **563,000.00 (425,000.00 secured)** |
| **First Community Bank and Trust 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401** | **First Community Bank and Trust 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401** | **20403 Wicker Lowell, IN** | | **89,000.00 (195,000.00 secured) (244,000.00 senior lien)** |
| **First Community Bank and Trust 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401** | **First Community Bank and Trust 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401** | **7310-14 King Drive Chicago, IL** | | **267,000.00 (425,000.00 secured) (577,000.00 senior lien)** |
| **First Community Bank and Trust 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401** | **First Community Bank and Trust 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401** | **Merilville Park** | | **754,500.00 (525,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Althea M. Machtemes**                                  Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **12 Unit<br>Park Forest, IL** | | **601,000.00<br><br>(440,000.00 secured)** |
| **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **22406 Yates<br>Sauk Village, IL<br>60411** | | **93,881.00<br>(33,100.00 secured)<br>(22,524.00 senior lien)** |
| **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **12 Unit<br>Park Forest, IL** | | **78,589.00<br>(440,000.00 secured)<br>(601,000.00 senior lien)** |
| **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **22143 223rd, Sauk Village &<br>1824 225th Place, Sauk Villag** | | **78,200.00<br>(119,625.00 secured)<br>(143,877.00 senior lien)** |
| **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **22406 Yates, Sauk Village & 22143 Navaho, Sauk Village** | | **96,881.00<br>(68,000.00 secured)<br>(42,281.00 senior lien)** |
| **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **21-23 155th<br>Calumet City, IL<br>60409** | | **116,796.00<br>(85,000.00 secured)<br>(36,095.00 senior lien)** |
| **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **66 W. 14th<br>Chicago Heights, IL** | | **65,423.00<br>(28,000.00 secured)<br>(65,423.00 senior lien)** |
| **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **23 E. 24th<br>Chicago Heights, IL** | | **59,946.00<br>(35,000.00 secured)<br>(59,946.00 senior lien)** |
| **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **First Community Bank and Trust<br>1111 Dixie Highway<br>P.O. Box 457<br>Beecher, IL 60401** | **2138 218th<br>Sauk Village, IL<br>60411** | | **79,000.00<br><br>(27,500.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Althea M. Machtemes**                                        Case No. _____
                                                                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Joe Wanner**<br>**P.O. Box 617**<br>**Lyons, IL 60534** | **Joe Wanner**<br>**P.O. Box 617**<br>**Lyons, IL 60534** | **7310-14 King Drive**<br>**Chicago, IL** | | **225,000.00**<br>**(425,000.00**<br>**secured)**<br>**(1,069,000.00**<br>**senior lien)** |
| **Joy & Kevin Sweeney**<br>**2842 Foxdale Drive**<br>**Jefferson City, MO 65109** | **Joy & Kevin Sweeney**<br>**2842 Foxdale Drive**<br>**Jefferson City, MO 65109** | **7310-14 King Drive**<br>**Chicago, IL** | | **150,000.00**<br>**(425,000.00**<br>**secured)**<br>**(1,294,000.00**<br>**senior lien)** |
| **Mike Cerniauskas**<br>**10232 S. Whipple**<br>**Chicago, IL 60655** | **Mike Cerniauskas**<br>**10232 S. Whipple**<br>**Chicago, IL 60655** | **7310-14 King Drive**<br>**Chicago, IL** | | **225,000.00**<br>**(425,000.00**<br>**secured)**<br>**(844,000.00**<br>**senior lien)** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Althea M. Machtemes**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November  8, 2010**                          Signature   **/s/ Althea M. Machtemes**
                                                                  **Althea M. Machtemes**
                                                                  Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

**B6D (Official Form 6D) (12/07)**

In re  **Althea M. Machtemes**                                                                    Case No. _____

_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **104267178**<br><br>**Bank of America<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170** | | - | | Mortgage<br><br>22149 Navaho<br>Sauk Village, IL 60411<br><br>Value $ 28,000.00 | | | | 72,500.00 | 44,500.00 |
| Account No. **93130401**<br><br>**Bank of America<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170** | | - | | Mortgage<br><br>1824 225th Place<br>Sauk Village, IL 60411<br><br>Value $ 67,500.00 | | | | 84,021.00 | 16,521.00 |
| Account No. **149964353**<br><br>**Bank of America<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170** | | - | | Mortgage<br><br>1148 West End<br>Chicago Heights, IL<br><br>Value $ 119,000.00 | | | | 159,000.00 | 86,798.00 |
| Account No. **1416420311**<br><br>**Capital One Mortgage<br>One Corporate Drive, Suite 360<br>Lake Zurich, IL 60047-8945** | | - | | Mortgage<br><br>923 Penfield<br>Beecher, IL 60401<br><br>Value $ 135,000.00 | | | | 113,500.00 | 0.00 |

__21__ continuation sheets attached

Subtotal<br>(Total of this page)                           429,021.00          147,819.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                           Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Althea M. Machtemes**                                              ,     Case No. _____
                                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0016989790** | | | Mortgage | | | | | |
| **CCO Mortgage** **10561 Telegraph Road** **Glen Allen, VA 23059** | | - | **13728 Parnell** **Riverdale, IL 60627** | | | | | |
| | | | Value $            **14,500.00** | | | | **28,900.00** | **14,400.00** |
| Account No. **0016985566** | | | Mortgage | | | | | |
| **CCO Mortgage** **10561 Telegraph Road** **Glen Allen, VA 23059** | | - | **525 Irving** **University Park, IL** | | | | | |
| | | | Value $            **47,366.00** | | | | **49,850.00** | **2,484.00** |
| Account No. | | | Mortgage | | | | | |
| **CCO Mortgage** **10561 Telegraph Road** **Glen Allen, VA 23059** | | - | **617 Gordon** **University Park, IL** | | | | | |
| | | | Value $            **47,456.00** | | | | **51,250.00** | **3,794.00** |
| Account No. | | | Mortgage | | | | | |
| **CCO Mortgage** **10561 Telegraph Road** **Glen Allen, VA 23059** | | - | **13728 Parnell** **Riverdale, IL 60627** | | | | | |
| | | | Value $            **14,500.00** | | | | **28,900.00** | **28,900.00** |
| Account No. **7018737333** | | | Mortgage | | | | | |
| **Chase Home Finance** **7255 Baymeadows Way** **Jacksonville, FL 32256** | | - | **22406 Yates** **Sauk Village, IL 60411** | | | | | |
| | | | Value $            **33,100.00** | | | | **22,524.00** | **0.00** |

Sheet __**1**__ of __**21**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **181,424.00** | **49,578.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Althea M. Machtemes**_____,   Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **7017986089** <br><br> **Chase Home Finance 7255 Baymeadows Way Jacksonville, FL 32256** | | | - | | Mortgage <br><br> **2100 219th Sauk Village, IL 60411** <br><br> Value $        **47,500.00** | | | | **24,906.00** | **0.00** |
| Account No. **7017880241** <br><br> **Chase Home Mortgage PO Box 830016 Baltimore, MD 21283** | | | - | | Mortgage <br><br> **734 Indiana Beecher, IL 60401** <br><br> Value $        **140,000.00** | | | | **93,500.00** | **49,700.00** |
| Account No. **7017986139** <br><br> **Chase Home Mortgage PO Box 830016 Baltimore, MD 21283** | | | - | | Mortgage <br><br> **22411 Strassburg Sauk Village, IL 60411** <br><br> Value $        **22,000.00** | | | | **29,800.00** | **7,800.00** |
| Account No. **7017987962** <br><br> **Chase Home Mortgage PO Box 830016 Baltimore, MD 21283** | | | - | | Mortgage <br><br> **21-23 155th Calumet City, IL 60409** <br><br> Value $        **85,000.00** | | | | **36,095.00** | **0.00** |
| Account No. **99308546** <br><br> **Chase Home Mortgage PO Box 830016 Baltimore, MD 21283** | | | - | | Mortgage <br><br> **520 W. 16th Chicago Heights, IL** <br><br> Value $        **38,500.00** | | | | **46,642.00** | **8,142.00** |

Sheet  **2**___ of  **21**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **230,943.00** | **65,642.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Althea M. Machtemes** _____, Case No. _____

_____ Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **99308546** <br><br> **Chase Home Mortgage** <br> **PO Box 830016** <br> **Baltimore, MD 21283** | | - | Mortgage <br><br> **520 W. 16th** <br> **Chicago Heights, IL** <br><br> Value $          **38,500.00** | | | | **46,642.00** | **46,642.00** |
| Account No. **297343** <br><br> **Colonial Savings, F.A.** <br> **Mortgage Services Department** <br> **2626 W. Fwy Bldg B, PO Box 2988** <br> **Fort Worth, TX 76113-2988** | | - | Mortgage <br><br> **202 Miller** <br> **Beecher, IL 60401** <br><br> Value $         **194,000.00** | | | | **241,000.00** | **47,000.00** |
| Account No. **87966** <br><br> **First Community Bank and Trust** <br> **1111 Dixie Highway** <br> **P.O. Box 457** <br> **Beecher, IL 60401** | | - | Mortgage <br><br> **734 Indiana** <br> **Beecher, IL 60401** <br><br> Value $         **140,000.00** | | | | **96,200.00** | **0.00** |
| Account No. <br><br> **First Community Bank and Trust** <br> **1111 Dixie Highway** <br> **P.O. Box 457** <br> **Beecher, IL 60401** | | - | Mortgage <br><br> **202 Miller** <br> **Beecher, IL 60401** <br><br> Value $         **194,000.00** | | | | **35,000.00** | **35,000.00** |
| Account No. **88776** <br><br> **First Community Bank and Trust** <br> **1111 Dixie Highway** <br> **P.O. Box 457** <br> **Beecher, IL 60401** | | - | Mortgage <br><br> **22406 Yates** <br> **Sauk Village, IL 60411** <br><br> Value $          **33,100.00** | | | | **93,881.00** | **83,305.00** |

Sheet __**3**__ of __**21**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **512,723.00** | **211,947.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Althea M. Machtemes**                                                          ,   Case No. _____

                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **90866** | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | 2100 219th Sauk Village, IL 60411 | | | | | |
| | | | Value $            47,500.00 | | | | 48,900.00 | 26,306.00 |
| Account No. **91561** | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | 2916 Willowtree Sauk Village, IL 60411 | | | | | |
| | | | Value $            42,000.00 | | | | 66,959.00 | 24,959.00 |
| Account No. **92380** | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | 2916 Willowtree Sauk Village, IL 60411 | | | | | |
| | | | Value $            42,000.00 | | | | 7,800.00 | 7,800.00 |
| Account No. **90781** | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | 2021 221st Sauk Village, IL 60411 | | | | | |
| | | | Value $            51,400.00 | | | | 86,000.00 | 34,600.00 |
| Account No. **93095** | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | 2173 221st Sauk Village, IL 60411 | | | | | |
| | | | Value $            66,450.00 | | | | 85,423.00 | 18,973.00 |

Sheet  **4**   of  **21**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

295,082.00                112,638.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Althea M. Machtemes**                                                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **91628** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 21794 Peterson Sauk Village, IL 60411 | | | | | |
| | | | | | Value $        **32,000.00** | | | | **69,750.00** | **37,750.00** |
| Account No. **88843** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 22411 Strassburg Sauk Village, IL 60411 | | | | | |
| | | | | | Value $        **22,000.00** | | | | **51,024.00** | **51,024.00** |
| Account No. | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 2138 218th Sauk Village, IL 60411 | | | | | |
| | | | | | Value $        **27,500.00** | | | | **79,000.00** | **51,500.00** |
| Account No. **89462** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 12 Unit Park Forest, IL | | | | | |
| | | | | | Value $       **440,000.00** | | | | **601,000.00** | **161,000.00** |
| Account No. **90149** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 12 Unit Park Forest, IL | | | | | |
| | | | | | Value $       **440,000.00** | | | | **78,589.00** | **78,589.00** |

Sheet   **5**   of   **21**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **879,363.00** | **379,863.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Althea M. Machtemes**                                                              ,    Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **90150** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 12 Unit Park Forest, IL | | | | | |
| | | | | | Value $              440,000.00 | | | | 38,900.00 | 38,900.00 |
| Account No. **88998** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 220 Allegheny Park Forest, IL | | | | | |
| | | | | | Value $               24,600.00 | | | | 37,336.00 | 26,123.00 |
| Account No. **89541** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 204 Briarwood Matteson, IL 60443 | | | | | |
| | | | | | Value $               34,500.00 | | | | 63,927.00 | 29,427.00 |
| Account No. **88976** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 5557 Allemong Matteson, IL 60443 | | | | | |
| | | | | | Value $               32,500.00 | | | | 54,969.00 | 22,469.00 |
| Account No. **93093** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 2047 183rd Homewood, IL | | | | | |
| | | | | | Value $               75,000.00 | | | | 90,000.00 | 15,000.00 |

Sheet  __6__  of __21__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

285,132.00     131,919.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **Althea M. Machtemes** _____,  Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **90584** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 2047 183rd Homewood, IL | | | | | |
| | | | | | Value $           **75,000.00** | | | | **145,000.00** | **145,000.00** |
| Account No. **88106** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 22538 Richton Square Richton Park, IL 60471 | | | | | |
| | | | | | Value $           **41,500.00** | | | | **65,780.00** | **24,280.00** |
| Account No. **92425-93096** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 41 Waltham Hammond, IN | | | | | |
| | | | | | Value $           **65,000.00** | | | | **114,000.00** | **49,000.00** |
| Account No. **89025** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 233 157 St. Calumet City, IL60409 | | | | | |
| | | | | | Value $           **49,050.00** | | | | **36,680.00** | **36,380.00** |
| Account No. **91391** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | - | | | | 41 166th Place Calumet City, IL 60409 | | | | | |
| | | | | | Value $           **58,000.00** | | | | **97,598.00** | **39,598.00** |

Sheet __7__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                 **459,058.00**          **294,258.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Althea M. Machtemes**                                              ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **87668**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | Mortgage<br><br>**21-23 155th**<br>**Calumet City, IL 60409**<br><br>Value $          **85,000.00** | | | | 116,796.00 | 67,891.00 |
| Account No. **91990**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | Mortgage<br><br>**130 Hickory**<br>**Chicago Heights, IL**<br><br>Value $          **66,700.00** | | | | 88,853.00 | 22,153.00 |
| Account No. **92532**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | Mortgage<br><br>**150 Hickory**<br>**Chicago Heights, IL**<br><br>Value $          **48,200.00** | | | | 75,535.00 | 27,335.00 |
| Account No. **91875**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | Mortgage<br><br>**215 W. 14th Place**<br>**Chicago Heights, IL**<br><br>Value $          **37,500.00** | | | | 44,690.00 | 7,190.00 |
| Account No. **91908**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | Mortgage<br><br>**205 W. 15th**<br>**Chicago Heights, IL**<br><br>Value $          **3,100.00** | | | | 51,124.00 | 48,024.00 |

Sheet  **8**  of  **21**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 376,998.00 | 172,593.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Althea M. Machtemes**                                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **91735** | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | | - | **1946 Lawrence Chicago Heights, IL** | | | | | |
| | | | Value $                **30,000.00** | | | | **18,434.00** | **18,434.00** |
| Account No. **92398** | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | | - | **1148 West End Chicago Heights, IL** | | | | | |
| | | | Value $               **119,000.00** | | | | **33,808.00** | **0.00** |
| Account No. **90206** | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | | - | **1148 West End Chicago Heights, IL** | | | | | |
| | | | Value $               **119,000.00** | | | | **12,990.00** | **0.00** |
| Account No. **91159** | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | | - | **66 W. 14th Chicago Heights, IL** | | | | | |
| | | | Value $                **28,000.00** | | | | **65,423.00** | **37,423.00** |
| Account No. **92138** | | | Mortgage | | | | | |
| **First Community Bank and Trust** 1111 Dixie Highway P.O. Box 457 Beecher, IL 60401 | | - | **23 E. 24th Chicago Heights, IL** | | | | | |
| | | | Value $                **35,000.00** | | | | **59,946.00** | **24,946.00** |

Sheet  **9**  of  **21**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **190,601.00** | **80,803.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re __**Althea M. Machtemes**_____,      Case No. _____
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **92425** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | | | 13733 Eggleston Riverdale, IL 60627 | | | | | |
| | | | | | Value $        18,500.00 | | | | 20,000.00 | 1,500.00 |
| Account No. | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | | | 13743 Eggleston Riverdale, IL 60627 | | | | | |
| | | | | | Value $        17,500.00 | | | | 45,000.00 | 27,500.00 |
| Account No. | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | | | 13745 Eggleston Riverdale, IL 60627 | | | | | |
| | | | | | Value $        17,500.00 | | | | 45,000.00 | 27,500.00 |
| Account No. **86804** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | | | 13709 Eggleston Riverdale, IL 60627 | | | | | |
| | | | | | Value $        17,500.00 | | | | 20,000.00 | 2,500.00 |
| Account No. **86809** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | | | 13703 Wallace Riverdale, IL 60627 | | | | | |
| | | | | | Value $        21,500.00 | | | | 49,000.00 | 27,500.00 |

Sheet __10__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    179,000.00        86,500.00

B6D (Official Form 6D) (12/07) - Cont.

In re __**Althea M. Machtemes**_____ ,    Case No. _____

                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **92594** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | | | 464 W. 136th Place Riverdale, IL 60627 | | | | | |
| | | | | | Value $            12,500.00 | | | | 20,000.00 | 7,500.00 |
| Account No. **92595** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | | | 13727 Eggleston Riverdale, IL 60627 | | | | | |
| | | | | | Value $            17,500.00 | | | | 20,000.00 | 2,500.00 |
| Account No. **92593** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | | | 13729 Eggleston Riverdale, IL 60627 | | | | | |
| | | | | | Value $            17,500.00 | | | | 20,000.00 | 2,500.00 |
| Account No. **91474** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | | | 13728 Parnell Riverdale, IL 60627 | | | | | |
| | | | | | Value $            14,500.00 | | | | 19,850.00 | 19,850.00 |
| Account No. **89773** | | | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | - | | | | 525 Irving University Park, IL | | | | | |
| | | | | | Value $            47,366.00 | | | | 49,000.00 | 49,000.00 |

Sheet __11__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            128,850.00            81,350.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **Althea M. Machtemes**
_____,     Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **First Community Bank and Trust** <br> **1111 Dixie Highway** <br> **P.O. Box 457** <br> **Beecher, IL 60401** | | - | Mortgage <br><br> **617 Gordon** <br> **University Park, IL** <br><br> Value $ 47,456.00 | | | | 49,000.00 | 49,000.00 |
| Account No. **87963** <br><br> **First Community Bank and Trust** <br> **1111 Dixie Highway** <br> **P.O. Box 457** <br> **Beecher, IL 60401** | | - | Mortgage <br><br> **7310-14 King Drive** <br> **Chicago, IL** <br><br> Value $ 425,000.00 | | | | 563,000.00 | 138,000.00 |
| Account No. **93090** <br><br> **First Community Bank and Trust** <br> **1111 Dixie Highway** <br> **P.O. Box 457** <br> **Beecher, IL 60401** | | - | Mortgage <br><br> **7310-14 King Drive** <br> **Chicago, IL** <br><br> Value $ 425,000.00 | | | | 14,000.00 | 14,000.00 |
| Account No. **89704** <br><br> **First Community Bank and Trust** <br> **1111 Dixie Highway** <br> **P.O. Box 457** <br> **Beecher, IL 60401** | | - | Mortgage <br><br> **7310-14 King Drive** <br> **Chicago, IL** <br><br> Value $ 425,000.00 | | | | 267,000.00 | 267,000.00 |
| Account No. **89068** <br><br> **First Community Bank and Trust** <br> **1111 Dixie Highway** <br> **P.O. Box 457** <br> **Beecher, IL 60401** | | - | Mortgage <br><br> **20403 Wicker** <br> **Lowell, IN** <br><br> Value $ 195,000.00 | | | | 244,000.00 | 49,000.00 |

Sheet __12__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,137,000.00 | 517,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Althea M. Machtemes**                                                    ,    Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | | - | Mortgage<br><br>20403 Wicker<br>Lowell, IN<br><br>Value $            195,000.00 | | | | 89,000.00 | 89,000.00 |
| Account No. **90799**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | | - | Mortgage<br><br>Merilville Park<br><br>Value $            525,000.00 | | | | 754,500.00 | 229,500.00 |
| Account No. **91030**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | | - | Mortgage<br><br>Demott Park<br><br>Value $            365,000.00 | | | | 47,800.00 | 0.00 |
| Account No. **91735**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | | - | Mortgage<br><br>Morocco Park<br><br>Value $             51,000.00 | | | | 18,434.00 | 14,134.00 |
| Account No. **92398**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | | - | Mortgage<br><br>1148 West End<br>Chicago Heights, IL<br><br>Value $            119,000.00 | | | | 33,808.00 | 33,808.00 |

Sheet __13__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 943,542.00 | 366,442.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re **Althea M. Machtemes** _____ , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **90206** <br><br> **First Community Bank and Trust** <br> **1111 Dixie Highway** <br> **P.O. Box 457** <br> **Beecher, IL 60401** | | - | | Mortgage <br><br> **1148 West End** <br> **Chicago Heights, IL** <br><br> Value $ **119,000.00** | | | | **12,990.00** | **12,990.00** |
| Account No. **91159** <br><br> **First Community Bank and Trust** <br> **1111 Dixie Highway** <br> **P.O. Box 457** <br> **Beecher, IL 60401** | | - | | Mortgage <br><br> **66 W. 14th** <br> **Chicago Heights, IL** <br><br> Value $ **28,000.00** | | | | **65,423.00** | **65,423.00** |
| Account No. **91159** <br><br> **First Community Bank and Trust** <br> **1111 Dixie Highway** <br> **P.O. Box 457** <br> **Beecher, IL 60401** | | - | | Mortgage <br><br> **23 E. 24th** <br> **Chicago Heights, IL** <br><br> Value $ **35,000.00** | | | | **59,946.00** | **59,946.00** |
| Account No. **92425** <br><br> **First Community Bank and Trust** <br> **1111 Dixie Highway** <br> **P.O. Box 457** <br> **Beecher, IL 60401** | | - | | Mortgage <br><br> **13733 Eggleston** <br> **Riverdale, IL 60627** <br><br> Value $ **18,500.00** | | | | **20,000.00** | **20,000.00** |
| Account No. <br><br> **First Community Bank and Trust** <br> **1111 Dixie Highway** <br> **P.O. Box 457** <br> **Beecher, IL 60401** | | - | | Mortgage <br><br> **13743 Eggleston** <br> **Riverdale, IL 60627** <br><br> Value $ **17,500.00** | | | | **45,000.00** | **45,000.00** |

Sheet __**14**__ of __**21**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| **203,359.00** | **203,359.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Althea M. Machtemes**                                              ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**First Community Bank and Trust** <br>**1111 Dixie Highway** <br>**P.O. Box 457** <br>**Beecher, IL 60401** | | - | Mortgage <br><br>13745 Eggleston <br>Riverdale, IL 60627 <br><br> Value $ 17,500.00 | | | | 45,000.00 | 45,000.00 |
| Account No. **86804** <br><br>**First Community Bank and Trust** <br>**1111 Dixie Highway** <br>**P.O. Box 457** <br>**Beecher, IL 60401** | | - | Mortgage <br><br>13709 Eggleston <br>Riverdale, IL 60627 <br><br> Value $ 17,500.00 | | | | 20,000.00 | 20,000.00 |
| Account No. **86809** <br><br>**First Community Bank and Trust** <br>**1111 Dixie Highway** <br>**P.O. Box 457** <br>**Beecher, IL 60401** | | - | Mortgage <br><br>13703 Wallace <br>Riverdale, IL 60627 <br><br> Value $ 21,500.00 | | | | 49,000.00 | 49,000.00 |
| Account No. **92594** <br><br>**First Community Bank and Trust** <br>**1111 Dixie Highway** <br>**P.O. Box 457** <br>**Beecher, IL 60401** | | - | Mortgage <br><br>464 W. 136th Place <br>Riverdale, IL 60627 <br><br> Value $ 12,500.00 | | | | 20,000.00 | 20,000.00 |
| Account No. **92595** <br><br>**First Community Bank and Trust** <br>**1111 Dixie Highway** <br>**P.O. Box 457** <br>**Beecher, IL 60401** | | - | mortgage <br><br>13727 Eggleston <br>Riverdale, IL 60627 <br><br> Value $ 17,500.00 | | | | 20,000.00 | 20,000.00 |

Sheet __15__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 154,000.00 | 154,000.00

B6D (Official Form 6D) (12/07) - Cont.

In re __**Althea M. Machtemes**_____,   Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. **92593** | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | | - | 13729 Eggleston Riverdale, IL 60627 | | | | | |
| | | | Value $          17,500.00 | | | | 20,000.00 | 20,000.00 |
| Account No. | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | | - | 13728 Parnell Riverdale, IL 60627 | | | | | |
| | | | Value $          14,500.00 | | | | 19,850.00 | 19,850.00 |
| Account No. **88776** | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | | - | 22406 Yates, Sauk Village & 22143 Navaho, Sauk Village | | | | | |
| | | | Value $          68,000.00 | | | | 96,881.00 | 71,162.00 |
| Account No. **89928** | | | Mortgage | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | | - | 22143 223rd, Sauk Village & 1824 225th Place, Sauk Villag | | | | | |
| | | | Value $         119,625.00 | | | | 78,200.00 | 78,200.00 |
| Account No. | | | B Note | | | | | |
| **First Community Bank and Trust** **1111 Dixie Highway** **P.O. Box 457** **Beecher, IL 60401** | | - | 2021 221st Sauk Village, IL 60411 | | | | | |
| | | | Value $          51,400.00 | | | | 761.00 | 761.00 |

Sheet __**16**__ of __**21**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 215,692.00 | 189,973.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Althea M. Machtemes**                                                                                    ,    Case No. _____
                                                             Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **93096**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | **B Note**<br><br>**13733 Eggleston**<br>**Riverdale, IL 60627**<br><br>Value $          **18,500.00** | | | | **21,016.00** | **21,016.00** |
| Account No. **93116**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | **B Note**<br><br>**464 W. 136th Place**<br>**Riverdale, IL 60627**<br><br>Value $          **12,500.00** | | | | **16,927.00** | **16,927.00** |
| Account No. **93113**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | **B Note**<br><br>**13727 Eggleston**<br>**Riverdale, IL 60627**<br><br>Value $          **17,500.00** | | | | **19,817.00** | **19,817.00** |
| Account No. **93114**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | **B Note**<br><br>**13729 Eggleston**<br>**Riverdale, IL 60627**<br><br>Value $          **17,500.00** | | | | **20,949.00** | **20,949.00** |
| Account No. **93109**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | **B Note**<br><br>**13709 Eggleston**<br>**Riverdale, IL 60627**<br><br>Value $          **17,500.00** | | | | **3,898.04** | **3,898.04** |

Sheet __17__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    **82,607.04**    **82,607.04**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                                   Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Althea M. Machtemes** _____,   Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **89627**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | **2006 Legend Mobile Home - one bedroom**<br><br>Value $     **5,500.00** | | | | **6,900.00** | **1,400.00** |
| Account No.<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | **B Note**<br><br>**2173 221st**<br>**Sauk Village, IL 60411**<br><br>Value $     **66,450.00** | | | | **4,123.00** | **4,123.00** |
| Account No.<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | **B Note**<br><br>**41 Waltham**<br>**Hammond, IN**<br><br>Value $     **65,000.00** | | | | **8,703.00** | **8,703.00** |
| Account No.<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | **B Note**<br><br>**23 E. 24th**<br>**Chicago Heights, IL**<br><br>Value $     **35,000.00** | | | | **2,962.00** | **2,962.00** |
| Account No.<br><br>**First Community Bank and Trust**<br>**1111 Dixie Highway**<br>**P.O. Box 457**<br>**Beecher, IL 60401** | - | | **B Note**<br><br>**204 Briarwood**<br>**Matteson, IL 60443**<br><br>Value $     **34,500.00** | | | | **3,669.00** | **3,669.00** |

Sheet __18__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          **26,357.00**          **20,857.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Althea M. Machtemes**                                      ,     Case No. _____
                                                   Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **10 CH 015691** | | | Mortgage | | | | | |
| **GMAC** **c/o Codilis & Associates** **15W030 North Frontage Rd, Suite 100** **Burr Ridge, IL 60527** | - | | **13622 Wallace** **Riverdale, IL 60627** | | | | | |
| | | | Value $            17,500.00 | | | | 20,000.00 | 2,500.00 |
| Account No. **1140001254** | | | Mortgage | | | | | |
| **Harris Bank** **c/o Gary E. Green; Park Hill PLC** **150 N. Michigan Avenue, Suite 2700** **Chicago, IL 60601** | - | | **233 157 St.** **Calumet City, IL60409** | | | | | |
| | | | Value $            49,050.00 | | | | 48,750.00 | 0.00 |
| Account No. | | | **7310-14 King Drive** **Chicago, IL** | | | | | |
| **Joe Wanner** **P.O. Box 617** **Lyons, IL 60534** | - | | | | | | | |
| | | | Value $          425,000.00 | | | | 225,000.00 | 225,000.00 |
| Account No. | | | **Morocco Park** | | | | | |
| **John Kay** | - | | | | | | | |
| | | | Value $            51,000.00 | | | | 46,700.00 | 0.00 |
| Account No. | | | **7310-14 King Drive** **Chicago, IL** | | | | | |
| **Joy & Kevin Sweeney** **2842 Foxdale Drive** **Jefferson City, MO 65109** | - | | | | | | | |
| | | | Value $          425,000.00 | | | | 150,000.00 | 150,000.00 |

Sheet  **19**  of  **21**  continuation sheets attached to          Subtotal          490,450.00          377,500.00
Schedule of Creditors Holding Secured Claims          (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Althea M. Machtemes**                                              ,  Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mike Cerniauskas<br>10232 S. Whipple<br>Chicago, IL 60655 | - | | 7310-14 King Drive<br>Chicago, IL<br><br>Value $        425,000.00 | | | | 225,000.00 | 225,000.00 |
| Account No.<br><br>Randy Campbell<br>3264 186th Street<br>Lansing, IL 60438 | - | | 7310-14 King Drive<br>Chicago, IL<br><br>Value $        425,000.00 | | | | 25,000.00 | 25,000.00 |
| Account No. 14-10-10551<br><br>RBS Citizens NA<br>c/o Codilis & Associates<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527 | - | | Mortgage<br><br>2131 223rd<br>Sauk Village, IL 60411<br><br>Value $         46,200.00 | | | | 59,856.00 | 13,656.00 |
| Account No. 10 CH 24153<br><br>RBS Citizens NA<br>c/o Codilis & Associates<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527 | - | | Mortgage<br><br>1946 Lawrence<br>Chicago Heights, IL<br><br>Value $         30,000.00 | | | | 44,500.00 | 14,500.00 |
| Account No.<br><br>Vesta<br>c/o Joe Warner<br>125 Michaux Road<br>Riverside, IL 60546 | - | | 7310-14 King Drive<br>Chicago, IL<br><br>Value $        425,000.00 | | | | 50,000.00 | 50,000.00 |

Sheet **20** of **21** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 404,356.00 | 328,156.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Althea M. Machtemes**                                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0011778016** | | | Mortgage | | | | | |
| **WELLS FARGO HOME MORTGAGE** P.O. BOX 10335 Des Moines, IA 50306 | - | | **220 Allegheny Park Forest, IL** | | | | | |
| | | | Value $            **24,600.00** | | | | **13,387.00** | **0.00** |
| Account No. | | | 7310-14 King Drive Chicago, IL | | | | | |
| **Windy City Construction** c/o Mike Cerniauskas Chicago, IL 60655 | - | | | | | | | |
| | | | Value $           **425,000.00** | | | | **50,000.00** | **50,000.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **21** of **21** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **63,387.00** | **50,000.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **7,868,945.04** | **4,104,804.04** |

B6E (Official Form 6E) (4/10)

In re  **Althea M. Machtemes**
_____ ,      Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

<u>     1     </u>      continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Althea M. Machtemes** _____,    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2003 Income Taxes** | | | | | | |
| **INTERNAL REVENUE SERVICE MAIL STOP 5010 CHI 230 SOUTH DEARBORN Chicago, IL 60604** | - | | | | | | | **0.00** | |
| | | | | | | | **25,000.00** | | **25,000.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** |
| | | **25,000.00**    **25,000.00** |
| | Total (Report on Summary of Schedules) | **0.00** |
| | | **25,000.00**    **25,000.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re    **Althea M. Machtemes**                                    , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 071790683 <br><br>**Accounts Recovery Bureau, Inc.**<br>**P.O. Box 6768**<br>**Wyomissing, PA 19610-0768** | - | | **Collection for St. Margaret Mercy** | | | | 2,130.67 |
| Account No. 35791 <br><br>**Advantage MRI-South Holland**<br>**3733 Park East Drive, #100**<br>**Beachwood, OH 44122** | - | | **Medical Services** | | | | 500.00 |
| Account No. 3499913249001823 <br><br>**American Express**<br>**c/o Becket and Lee LLP**<br>**Po Box 3001**<br>**Malvern, PA 19355** | - | | **Opened 5/22/86 Last Active 3/05/10**<br>**CreditCard** | | | | 69,430.00 |
| Account No. 3499914195706923 <br><br>**American Express**<br>**c/o Becket and Lee LLP**<br>**Po Box 3001**<br>**Malvern, PA 19355** | - | | **Opened 2/27/86 Last Active 2/07/10**<br>**CreditCard** | | | | 5,044.00 |
| __4__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 77,104.67 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Althea M. Machtemes**                                                            , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **3499906344110543** <br><br> **American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355** | - | | | **Opened 12/16/86  Last Active  3/05/10 CreditCard** | | | | **676.00** |
| Account No. **5472685506** <br><br> **American Medical Collection Agency 2269 S. Saw Mill River Rd. Building 3 Elmsford, NY 10523** | - | | | **Collection for Quest Diagnostics** | | | | **142.46** |
| Account No. **5490353998685431** <br><br> **Bank Of America Po Box 17054 Wilmington, DE 19850** | - | | | **Opened  5/01/90  Last Active  1/15/10 CreditCard** | | | | **70,262.00** |
| Account No. **411507890193** <br><br> **Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154** | - | | | **Opened 10/01/05  Last Active  8/26/10 ChargeAccount** | | | | **572.00** |
| Account No. **274267** <br><br> **CCSI 55 E 86TH AVE, SUITE D PO BOX 10428 Merrillville, IN 46411** | - | | | **Collection for Lake Imaging LLC** | | | | **231.20** |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**71,883.66**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Althea M. Machtemes**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **4366-1410-2041-4613** | | | | | Credit Card | | | | |
| **Chase** **P.O. Box 15153** **Wilmington, DE 19886-5153** | X | - | | | | | | | 14,045.03 |
| Account No. **6879450212002701628** | | | | | computer purchase | | | | |
| **Dell Financial** **PO Box 5292** **Carol Stream, IL 60197-5292** | | - | | | | | | | 888.11 |
| Account No. **360472** | | | | | Opened 11/01/75 Last Active 9/19/10 ChargeAccount | | | | |
| **Gemb/jcp** **Attention: Bankruptcy** **Po Box 103104** **Roswell, GA 30076** | | - | | | | | | | 1,851.00 |
| Account No. **053971503752** | | | | | Opened 5/01/09 Last Active 9/16/10 CreditCard | | | | |
| **Kohls** **Attn: Recovery Dept** **Po Box 3120** **Milwaukee, WI 53201** | | - | | | | | | | 561.00 |
| Account No. **4375984052720** | | | | | Opened 4/01/95 Last Active 6/30/10 ChargeAccount | | | | |
| **Mcydsnb** **9111 Duke Blvd** **Mason, OH 45040** | | - | | | | | | | 604.00 |

Sheet no. __**2**__ of __**4**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,949.14

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Althea M. Machtemes**                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8427471579<br><br>Nicor Gas<br>Attention: Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | - | | Opened 10/02/00 Last Active 7/17/09<br>Agriculture | | | | 65.00 |
| Account No. 854957845<br><br>Nicor Gas<br>Attention: Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | - | | Opened 12/13/06 Last Active 5/04/07<br>Agriculture | | | | 1.00 |
| Account No.<br><br>Patrick Jones | - | | | | | | 0.00 |
| Account No. 1558275<br><br>Richard P. Komyatte & Associates PC<br>9650 Gordon Drive<br>Highland, IN 46322 | - | | Collection for Munster Radiology Group | | | | 47.74 |
| Account No. 0210227986-BDO<br><br>Saint Margaret Mercy<br>37621 Eagle Way<br>Chicago, IL 60678-1376 | - | | Medical Services | | | | 1,058.42 |

Sheet no. __3__ of __4__ sheets attached to Schedule of       Subtotal      | 1,172.16 |
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __**Althea M. Machtemes**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **477952** <br><br> **Summit Collection Services, Inc.** <br> **P.O. Box 306** <br> **Ho Ho Kus, NJ 07423-0306** | - | | **Collection for EBI/Biomet Orthopaedic Products** | | | | 30.00 |
| Account No. <br><br> **Toyota Financial Services** <br> **PO Box 2730, WF22** <br> **Torrance, CA 90509-2730** | - | | **Reposessed vehicle** | | | | 21,177.13 |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. __4___ of __4___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **21,207.13**

Total
(Report on Summary of Schedules)          **189,316.76**

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Althea M. Machtemes**                                    Case No.

_____     Chapter    **11**
                              Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **7,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding and preparation and filing of reaffirmation agreements, applications and hearings thereon.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **November  8, 2010**                          /s/ Thomas W. Toolis
_____     _____
                                             **Thomas W. Toolis 6270743**
                                             **Jahnke, Sullivan & Toolis, LLC**
                                             **9031 West 151st Street**
                                             **Suite 203**
                                             **Orland Park, IL 60462**
                                             **708-349-9333  Fax: 708-349-8333**
                                             **twt@jtlawllc.com**

---

Accounts Recovery Bureau, Inc.
P.O. Box 6768
Wyomissing, PA 19610-0768


Advantage MRI-South Holland
3733 Park East Drive, #100
Beachwood, OH 44122


American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355


American Medical Collection Agency
2269 S. Saw Mill River Rd.
Building 3
Elmsford, NY 10523


Bank of America
P.O. Box 5170
Simi Valley, CA 93062-5170


Bank Of America
Po Box 17054
Wilmington, DE 19850


Capital One Mortgage
One Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945


Capital One, N.a.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154


CCO Mortgage
10561 Telegraph Road
Glen Allen, VA 23059


CCSI
55 E 86TH AVE, SUITE D
PO BOX 10428
Merrillville, IN 46411

Central Credit Services, Inc.
P.O. Box 15118
Jacksonville, FL 32239


Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Home Finance
7255 Baymeadows Way
Jacksonville, FL 32256


Chase Home Mortgage
PO Box 830016
Baltimore, MD 21283


Colonial Savings, F.A.
Mortgage Services Department
2626 W. Fwy Bldg B, PO Box 2988
Fort Worth, TX 76113-2988


CREDIT COLLECTION SERVICES
TWO WELLS AVENUE
Newton Center, MA 02459


Dell Financial
PO Box 5292
Carol Stream, IL 60197-5292


Edward A. Machtemes
202 Miller
Beecher, IL 60401


Ffcc-columbus Inc
1550 Old Henderson Rd
Suite 100
Columbus, OH 43220


First Community Bank and Trust
1111 Dixie Highway
P.O. Box 457
Beecher, IL 60401

First Source Advantage LLC
205 Bryant Woods South
Buffalo, NY 14228


Gemb/jcp
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


GMAC
c/o Codilis & Associates
15W030 North Frontage Rd, Suite 100
Burr Ridge, IL 60527


GS Services Limited Partnership
6330 Gulfton
Houston, TX 77081


Harris Bank
c/o Gary E. Green; Park Hill PLC
150 N. Michigan Avenue, Suite 2700
Chicago, IL 60601


INTERNAL REVENUE SERVICE
MAIL STOP 5010 CHI
230 SOUTH DEARBORN
Chicago, IL 60604


Joe Wanner
P.O. Box 617
Lyons, IL 60534


John Kay


Joy & Kevin Sweeney
2842 Foxdale Drive
Jefferson City, MO 65109


Kohls
Attn: Recovery Dept
Po Box 3120
Milwaukee, WI 53201

Lake Imaging LLC
55 East 86th Avenue - Suite A
Merrillville, IN 46411-0645


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Mike Cerniauskas
10232 S. Whipple
Chicago, IL 60655


NCO Financial Systems
PO Box 15740
Wilmington, DE 19850-5740


Nicor Gas
Attention:  Bankruptcy Department
Po Box 190
Aurora, IL 60507


Patrick Jones


Randy Campbell
3264 186th Street
Lansing, IL 60438


RBS Citizens NA
c/o Codilis & Associates
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527


Richard P. Komyatte & Associates PC
9650 Gordon Drive
Highland, IN 46322


Saint Margaret Mercy
37621 Eagle Way
Chicago, IL 60678-1376


Summit Collection Services, Inc.
P.O. Box 306
Ho Ho Kus, NJ 07423-0306

SUNRISE CREDIT SERVICES, INC.
260 AIRPORT PLACE
Farmingdale, NY 11735-3946


Toyota Financial Services
PO Box 2730, WF22
Torrance, CA 90509-2730


Vesta
c/o Joe Warner
125 Michaux Road
Riverside, IL 60546


WELLS FARGO HOME MORTGAGE
P.O. BOX 10335
Des Moines, IA 50306


Windy City Construction
c/o Mike Cerniauskas
Chicago, IL 60655