## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ALTHEA MACHTEMES | ) CASE NO. 10-49985 |
| | ) |
| Debtor. | ) CHAPTER 11 |
| | ) |
| | ) HONORABLE JUDGE PAMELA S. HOLLIS |

### NOTICE OF MOTION

TO:   Patrick S. Layng, U.S. Trustee, via electronic notice
      Althea M. Machtemes 202 Miller, Beecher, IL 60401
      See Attached Service List

   PLEASE TAKE NOTICE that on Thursday, December 15, 2011 at 10:30 am., or as soon thereafter as counsel may be heard, I shall appear in courtroom 644 at the Courthouse located at 219 S. Dearborn, Chicago, IL, and present the attached Motion for Entry of Final Decree.

                                        /s/Thomas W. Toolis
                                        Thomas W. Toolis

JAHNKE, SULLIVAN & TOOLIS, LLC.
Thomas W. Toolis
Firm # 44138
9031 W. 151st St, Suite 203
Orland Park, Illinois 60462
Attorneys for Debtor(s)
(708) 349-9333 (telephone)
(708) 349-8333 (facsimile)

### CERTIFICATE OF SERVICE

   The undersigned, being first duly sworn on oath, deposes and states that (s)he served the above-listed document to the above-listed party via facsimile transmission and/or U.S. Mail with proper postage prepaid by depositing said document in the mail located at 9031 W. 151st Street, Orland Park, IL 60462 on the 8th day of December, 2011.

                                        /s/Thomas W. Toolis
                                        Thomas W. Toolis

First Community Bank and Trust
c/o Greg Olendorf
1111 Dixie Highway
P.O. Box 457
Beecher, IL 60401

Harris Bank
c/o Gary E. Green; Park Hill PLC
150 N. Michigan Avenue, Suite 2700
Chicago, IL 60601-7576

JPMorgan Chase Bank, National Association
Mail Code: OH4-7302
3415 Vision Drive
Columbus, OH 43219-6009

Harris & Harris
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654

Windy City Construction
c/o Mike Cerniauskas
10232 S. Whipple
Chicago, IL 60655-2044

Bank of America
PO Box 17054
Wilmington, DE 19355-0701

Althea Machlemes
202 Miller
Beecher, IL 60401-5006

Jason Ballard
Federal Deposit Insurance Corp.
200 N. Martingale Rd., Ste. 200
Schaumburg, IL 60173

BAC Home Loans Servicing, L.P.
c/o Pierce and Associates, PC
1 North Dearborn, Suite 1300
Chicago, IL 60602

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

RBS Citizens
c/o CCO Mortgage
10561 Telegraph Road
Glen Allen, Virginia 23059

East Dubuque Savings Bank
Attn: Mark Herbst
475 Cedar Cross Road
Dubuque, IA 52003-7703

American Express Bank, FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-4321

Bank of America
POB 5170
Simi Valley, CA 93062-5170

Joy & Kevin Sweeney
2842 Foxdale Drive
Jefferson City, MO 65109-9281

Vesta
c/o Joe Warner
125 Michaux Road
Riverside, IL 60546-1827

Phoenix Bond & Indemnity Co.
c/o Stanford D. Marks
161 N. Clark St. # 3040
Chicago, IL 60601

Internal Revenue Service
POB 21126
Philadelphia, PA 19114

Randy Campbell
c/o Edgerton & Edgerton
125 Wood Street
POB 218
West Chicago, IL 60186

Community Hospital
c/o John R. Edwards
Komyatte & Casbon PC
9650 Gordon Drive
Highland, IN 46322

Wells Fargo
c/o Lydia Y. Siu
Pierce & Associates, P.C.
1 North Dearborn # 1300
Chicago, IL 60602

Colonial Savings, F.A.
c/o Dean Prober
Prober & Raphael
20750 Ventura Blvd., Ste. 100
Woodland Hills, CA 91364-6207

Capitol One, National Association
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Joseph E. Wanner
P.O. Box 617
Lyons, IL 60534-0617

GMAC Mortgage, LLC
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road, Ste. 100
Burr Ridge, IL 60527

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Roo 873
Chicago, IL 60604-2027

Z Financial, LLC
c/o John G. Zajicek
100 Tanglewood Drive
Freeport, IL 61032

Department Stores National Bank/Macy's
Bankruptcy Processing
PO Box 8053
Mason, OH 45040

Chase Bank USA, N.A.
c/o Creditors Bankruptcy Service
PO Box 740933
Dallas, TX 75374

Lanting Paarlberg & Associates LTd
Attn: James Lanting
938 West US 39
Schererville, IN 46375

Woodgate III Condominium Association
c/o Kenneth J. Donkel
7220 W. 194th Street, Suite 105
Tinley Park, IL 60487

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 10-49985 |
| ) | |
| ALTHEA MACHTEMES ) | CHAPTER 11 |
| ) | |
| ) | JUDGE PAMELA S. HOLLIS |
| Debtor. ) | |

### MOTION BY DEBTOR IN POSSESSION FOR ENTRY OF A FINAL DECREE

Now Comes Thomas W. Toolis of Jahnke & Toolis, LLC ("Counsel"), attorneys for Althea Machtemes., Debtor and Debtor In Possession, and, pursuant to §3002 of the Bankruptcy Code, request that this Court enter a Final Decree. In support hereof, Debtor in Possession respectfully represents as follows:

### Background

1. On November 8, 2010, the Debtor filed her voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

2. Since the Petition Date, the Debtor has operated her business and managed her financial affairs as debtor-in-possession.

3. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

5. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A), (M), (N) and (O).

### Relief Requested

6. The Debtor in Possession respectfully requests that the Court close the Debtors' chapter 11 cases.

## Final Decree

1.  Bankruptcy Code Section 350(a) provides that the court shall close a case after the estate is fully administered and the court has discharged the trustee. 11 U.S.C. § 350(a). Bankruptcy Rule 3002, which provides the procedural guidelines for closing a chapter 11 case, provides that "[a]fter an estate is fully administered…the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Further, Bankruptcy Code section 105 provides, in relevant part, that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of the title."

2.  Factors that the Court should consider in determining whether an estate has been fully administered include (1) whether the order confirming the plan has become final, (2) whether deposits required by the plan have been distributed, (3) whether the property proposed by the plan to be transferred has been transferred, (4) whether the debtor or the successor of the debtor under the plan has assumed the business of the management of the property dealt with by the plan, (5) whether payments under the plan have commenced, and (6) whether all motions, contested matters, and adversary proceedings have been finally resolved. See generally Collier Bankruptcy Manual, 3d ed. rev. part §350.02[2].

3.  Whether or not there is a possibility that the court's jurisdiction may be invoked in the future is not a basis to keep a case open, as a final decree closing the case after the estate is fully administered does not deprive the court of jurisdiction to enforce or interpret its own orders and does not prevent the court from reopening the case for cause pursuant to 11 U.S.C. § 350 (a) See Id.

4.  The Confirmation Order was entered by the Court on November 8, 2010. No appeals have been filed. See Fed. R. Bankr. P. 8002(a).

5.  The Debtor in Possession, having distributed payment to holders of Class 16/17 claims that are required to be made pursuant to the terms of the Plan and has otherwise concluded all other material administrative matters pertaining to the Debtors' estates. The remaining tasks are largely ministerial in nature, and should not require any involvement of the Court.

6.  THE CLOSING OF THESE CASES WOULD BE WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY IN INTEREST TO SEEK TO REOPEN THESE CASES. SHOULD ANY CREDITOR OR THE PLAN ADMINISTRATOR DETERMINE THAT

FURTHER INVOLVEMENT OF THIS COURT IS REQUIRED OR DESIRABLE THEN A MOTION TO REOPEN THESE CASES MAY BE FILED WITH THE COURT ANY TIME IN THE FUTURE.

WHEREFORE, the Debtor in Possession request that the Court enter an order substantially in the form attached hereto as <u>Exhibit A</u> (i) entering the final decree and (ii) granting such other and further relief as is just and proper.

Dated: December 7, 2011                    Respectfully Submitted,

/s/ Thomas W. Toolis
Thomas W. Toolis

Jahnke, Sullivan & Toolis, LLC
Thomas W. Toolis (# 6270743)
9031 W. 151st Street, Suite 203
Orland Park, IL 60462
708-349-9333

Case 10-49985    Doc 236    Filed 12/08/11    Entered 12/08/11 13:14:05    Desc Main
           Document      Page 8 of 8