UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                          )        BK No.:   10-49985
Althea Machtemes                                )
                                                )
                                                )        Chapter: 11
                                                )        Honorable Pamela S. Hollis
                                                )
                                                )
            Debtor(s)                           )

**Order on Final Decree**

THIS CAUSE COMING TO BE HEARD on the Debtor's Motion for Final Decree, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED:

A. Debtor's Motion for Final Decree is hereby granted.

B. The Court shall retain jurisdiction to enter the Debtor's Discharge upon completion of all plan payments.

C. The Chapter 11 case of the Debtor is closed as the same has been substantially consummated in accordance with 11 USC 1101(2)(c).

                              Enter:

                                                Honorable Pamela S. Hollis
                                                United States Bankruptcy Judge

Dated:  December 15, 2011

**Prepared by:**

Thomas W. Toolis
Jahnke, Sullivan & Toolis, LLC
9031 W. 151st Street, Suite 203
Orland Park, IL 60462
708-349-9333
6270743